JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DOTY, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HP, INC. and DOES 1-10,<br><br>Defendant(s). | Case No. 5:16-cv-02063<br><br>**ORDER TRANSFERRING ACTION TO THE NORTHERN DISTRICT OF CALIFORNIA**<br><br>**[28 U.S.C. § 1404(a)]**<br><br>Honorable Cormac J. Carney |

For the reasons set forth in the Parties' Stipulation to Transfer Action to the Northern District of California, the Court hereby **ORDERS** that:

(1) all operative deadlines in this *Doty* action are **VACATED**;

(2) this *Doty* action is **TRANSFERRED** to the Northern District of California, where three related cases are already pending.

**IT IS SO ORDERED.**

Dated:  January 26, 2017

_____
United States District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER TRANSFERRING ACTIONCASE NO. 5:16-CV-02063
TO THE NORTHERN DISTRICT OF CALIFORNIA